UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:06-CR-5 |
| V. ) | (PHILLIPS/SHIRLEY) |
| ) | |
| ) | |
| LASHONDRA SHANEL BROOKS ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

An initial appearance and arraignment were held in this case on June 16, 2006. Tracee Plowell, Assistant United States Attorney, was present representing the government, and Jonathan Moffatt, Assistant Federal Defender, was present representing the defendant. The defendant had a Rule 5 Hearing in the Northern District of Georgia, Atlanta Division on May 17, 2006. According to the courtroom minutes, the defendant had a detention hearing before the Honorable Clayton Scofield, III on May 22, 2006, and the defendant was ordered detained although no written Order of Detention can be located. A Commitment to Another District was issued and the defendant was transferred by the United States Marshal to the Eastern District of Tennessee, Knoxville Division. The defendant stated she had been told and understood that she would get a detention hearing in the district of offense. Therefore, upon motion of the government for detention and the defendant asking for additional time to prepare for a detention hearing, and pursuant to 18 U.S.C. Section 3142 et seq, it is ordered that a hearing is scheduled for **Wednesday, June 21, 2006,** at **3:00 p.m.**, before the

undersigned at which time the defendant and government will argue regarding the defendant's right to a detention hearing before the undersigned. The defendant shall be held in custody by the United States Marshal until that time and produced for the above scheduled hearing.

**IT IS SO ORDERED.**

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge