UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-05 |
| | ) | (PHILLIPS/SHIRLEY) |
| LASHONDRA BROOKS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on Defendant Brooks's Motion to Extend Motion Cut-Off Deadline [Doc. 11], filed on July 12, 2006. The defendant requests that her July 14, 2006 motion-filing deadline be extended fifteen (15) days until July 28, 2006. She states that defense counsel has not been able to complete his investigation into the circumstances of this case at this time and cannot yet fully advise Defendant regarding the filing of motions in this case. Additionally, counsel states that he has requested, but not yet received, a video tape from the Knoxville Police Department of the stop of the vehicle at issue in this case. Further, counsel indicates that he has an unexpected medical procedure which will likely render him unable to work on these matters for approximately one week. The motion also relates that the government has no objection to the requested extension.

1

Finding Defendant Brooks has shown good cause for an extension, the Court hereby **GRANTS** the motion [**Doc. 11**] and extends the deadline for filing motions to **July 28, 2006**. The government's deadline for responding to any motions is likewise extended from July 28, 2006, to **August 7, 2006**. All other dates in this case, including the August 8, 2006 pretrial conference, shall remain the same at this time.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge