**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-05 |
| | ) | (Phillips) |
| **DAMION BRADLEY JACKSON and** | ) | |
| **LASHONDRA SHANEL BROOKS** | ) | |

### ORDER OF DISMISSAL

Upon motion of the United States and for good cause shown, it is hereby **ORDERED** that the indictment in the above-styled case against Lashondra Shanel Brooks be dismissed with prejudice.

**ENTER:**

      s/ Thomas W. Phillips
United States District Judge